471 A.2d 561

Commonwealth v. Constantine, Appellant.

Petition for Allowance of Appeal Denied
Feb. 27, 1984.

582

 Argued April 27, 1983. Edward J. Bilik, Assistant Public Defender, for appellant; Anthony G. Marsili, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.